Nasser Abujbarah
The Law Office of Nasser U. Abujbarah
10654 North 32nd Street
Phoenix, Arizona 85028
AZ Bar #026182
Telephone Number (602) 493-2586
Facsimile: (602) 923-3458

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| JULIET M DE LA ROSA | Case No. 4:09-bk-09309-EWH |
| Debtor, | DEBTOR'S MOTION FOR RULE 3012 VALUATION OF REAL PROPERTY |
| HSBC BANK USA, NA | |
| Secured Creditor | [Re: 4084 E. Windsor Dr., Gilbert, Az 85236] |
| vs. | |
| JULIET M. DE LA ROSA, Debtor, and Dianne C. Kerns, Trustee | |
| Respondents | |

TO THE HONORABLE SARAH CURLEY , UNITED STATES BANKRUPTCY COURT JUDGE, THE SECURED CREDITOR, SECURED CREDITOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:

Debtor JULIET M. DE LA ROSA (herein referred to as "Movant") by and through counsel, Nasser U. Abujbarah, and request this court to determine the true market value of the above real property mortgage.

-1-

HSBC BANK USA, NA (hereinafter referred to as "alleged secured creditor") have filed a Proof of Claim for $175,235.31. There is a presumption on Movant's part that this is for the real property located at 4084 E. Windsor Drive, Gilbert, AZ 85236.

However, Wells Fargo Bank has filed a Motion to Lift the Automatic Stay on this real property. Wells Fargo Bank alleged that they have an assignment from The Home Show Mortgage, Inc.

Valuation issues arise in many substantive aspects of a bankruptcy case. More particularly when the secured property has become undersecured in value. Under any claim Movant moves the Court for a determination of the secured valuation and unsecured valuation of the stated above real property; pursuant to Rule 3012 of Bankruptcy Procedure.

## CONCLUSION

Movant by this Motion moves the Court to set this matter for hearing pursuant to Rule 3012.

/s/ Nasser U. Abujbarah
Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
10654 N. 32nd st.
Phoenix, AZ 85028
Attorney for Debtors

**CERTIFICATE OF FILING AND MAILING**

The Debtor's Motion for Rule 3012 Valuation of Real Property has been E-Filed with the Clerk of the Court of the Phoenix Division of the District of Arizona United States Bankruptcy Court and mailed this date, September 10, 2009 to:

Dianne C,. Kerns
Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741

   And

Tiffany & Basco
2525 E. Camelback Road 3rd Floor
Phoenix, Arizona 85016

     By:   /s/  Frank E Hall
Address:   2514 N 86th Street
              Scottsdale, AZ 85257