# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JULIET M DE LA ROSA |
| **Case Number:** | 4:09-BK-09309-EWH   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 4084 E. WINDSOR DR., GILBERT, AZ 85236 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A.

**R / M #:**   38 / 0

## *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
NASSER U. ABUJBARAH, ATTORNEY FOR JULIET M DE LA ROSA, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO, Appearing in Phoenix

## *Proceedings:*

Mr. Abujbarah states that this should be a conduit plan.

Mr. McDonald would agree to continue to November 4th.

COURT:  THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON WEDNESDAY, NOVEMBER 4, 2009 AT 2:00 P.M.  No final evidentiary hearing order to issue.