# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JULIET M DE LA ROSA
**Case Number:** 4:09-BK-09309-EWH **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 09:00 AM COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

CHAPTER 13 TRUSTEE MOTION TO DISMISS.
**R / M #:** 41 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE

## Proceedings:

Mr. Morris states the debtor is down over a month. This should be a conduit plan and he has sent information to counsel's office.

COURT: THE CASE IS DISMISSED. Trustee to upload the form of order.