# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

  **Debtor:** JULIET M DE LA ROSA
  **Case Number:** 4:09-BK-09309-EWH    **Chapter:** 13
  **Date / Time / Room:** WEDNESDAY, NOVEMBER 04, 2009 02:00 PM   COURTROOM 206
  **Bankruptcy Judge:** EILEEN W. HOLLOWELL
  **Courtroom Clerk:** TERESA MATTINGLY
  **Reporter / ECR:** EUNICE STROUD

### Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 53377 W. JOEY LN., MARICOPA, AZ 85239 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A.
   **R / M #:**   35 / 0

2) FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 4084 E. WINDSOR DR., GILBERT, AZ 85236 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A. (set at hrg. held 10/01/09)
   **R / M #:**   38 / 0

### Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
NASSER U. ABUJBARAH, ATTORNEY FOR JULIET M DE LA ROSA, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO, WELLS FARGO BANK, N.A., Appearing in Phoenix

### Proceedings:

Mr. Morris states there was a motion to dismiss and an order to be dismissed that fell through the cracks. An order to dismiss was uploaded yesterday. This case started pro per and the plan doesn't address a lot of the issues and no amended plan has been filed. It should be a conduit plan.

Mr. Abujbarah states this is a live case. It should be a conduit plan. They are trying to get the plan to fit the trustee's recommendations and they are working with Wells Fargo.

COURT: THE HEARINGS ARE CONTINUED TO WEDNESDAY, DECEMBER 9, 2009 AT 10:30 A.M. Amended plan to be filed by next hearing date. Court will hold order dismissing case.